**BLOUNT CONSTRUCTION CO.,**
Appellant,

v.

**The HOUSING AUTHORITY OF the
CITY OF ATHENS, GEORGIA,**
Appellee.

No. 22661.

United States Court of Appeals
Fifth Circuit.

April 11, 1966.

Herman H. Hamilton, Jr., John F. Andrews, and Capell, Howard, Knabe & Cobbs, Montgomery, Ala., for appellant.

Edwin Fortson and Fortson, Bentley & Griffin, Athens, Ga., for appellee.

Before TUTTLE, Chief Judge, THORNBERRY, Circuit Judge, and LYNNE, District Judge.

PER CURIAM:

Upon careful consideration of the record and briefs on this appeal, we conclude that the judgment of the trial court should be affirmed. We cannot state the grounds for the affirmance any better than was done in the carefully considered opinion of the trial court.

The judgment is therefore affirmed for the reasons and on the grounds announced in Judge Bootle's opinion, D.C., 253 F. Supp. 188.

---

**John J. HALKO, Jr., Appellant,**

v.

**Raymond W. ANDERSON.**

No. 15615.

United States Court of Appeals
Third Circuit.

Argued April 19, 1966.

Decided May 5, 1966.

Rehearing Denied May 31, 1966.

John J. Krafsig, Jr., Harrisburg, Pa., for appellant.

Ruth M. Ferrell, Deputy Atty. Gen., Wilmington, Del., for appellee.

Before KALODNER, HASTIE and SMITH, Circuit Judges.

PER CURIAM:

The Superior Court of Delaware has imposed a jail sentence upon the petitioner pursuant to a conviction of operating a motor vehicle while intoxicated. The petitioner has sought habeas corpus in the District Court for the District of Delaware alleging fundamental unfairness in his trial. In a careful opinion the District Court considered each point made by the petitioner and denied the writ. We agree that no error of constitutional dimension, no denial of due process of law, has been shown.

The Order of the District Court will be affirmed.